# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2023-2396
LT Case No. 2020-10493-CIDL
_____

YELITZA MALDONADO,

 Appellant,

 v.

IRA MATTHEW CLARK and EOL
LOGISTICS, LLC,

 Appellees.

_____


On appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Justin Bleakley, of Martinez Manglardi, P.A., Kissimmee,
for Appellant.

Michael J. Korn, of Korn & Zehmer, P.A., Jacksonville, for
Appellees.

November 3, 2025

PER CURIAM.

 AFFIRMED.

WALLIS, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____